**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED

MAY 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                    INDICTMENT NO. 6: 26- CR·073- REW

**CHARLES R. HENDRIX**

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841

On or about May 14, 2025, in Pulaski County, in the Eastern District of Kentucky,

**CHARLES R. HENDRIX**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, in

violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841

On or about May 12, 2025, in Pulaski County, in the Eastern District of Kentucky,

**CHARLES R. HENDRIX**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C.

§ 841(a)(1).

**A TRUE BILL**



**FOREPERSON**

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

W. PEARCE NESBITT
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**COUNT 2:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.